# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| TERRY A. WEBB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:21-cv-01085-NAB |
| | ) | |
| GKN AEROSPACE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on a civil action filed by self-represented plaintiff Terry A. Webb. (Docket No. 1). The complaint is not on a Court-provided form, as required. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Furthermore, plaintiff has not filed a motion for leave to proceed in forma pauperis or paid the filing fee. These deficiencies must be addressed before plaintiff's case can continue.

The Court will therefore direct the Clerk of Court to send to plaintiff a copy of the Court's employment discrimination form. Plaintiff should fill out the form in its entirety, following the directions contained therein. He should also attach a copy of his charge of discrimination with the Equal Employment Opportunity Commission *and* a copy of his right-to-sue letter. Additionally, plaintiff must either file a motion for leave to proceed in forma pauperis or pay the full filing fee.

The Court will give plaintiff **thirty (30) days** in which to comply with this order. If plaintiff does not file an amended complaint on the Court-provided form within **thirty (30) days**, this action will be dismissed without prejudice and without further notice. Likewise, if plaintiff fails to either

file a motion for leave to proceed in forma pauperis or pay the filing fee within **thirty (30) days**, this action will be dismissed without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to plaintiff a copy of the Court's employment discrimination form.

**IT IS FURTHER ORDERED** that plaintiff must file an amended complaint on the Court-provided form within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if plaintiff does not file an amended complaint on the Court-provided form within **thirty (30) days** of the date of this order, this action will be dismissed without prejudice and without further notice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send to plaintiff a copy of the Court's motion for leave to proceed in forma pauperis form.

**IT IS FURTHER ORDERED** that plaintiff must either file a motion for leave to proceed in forma pauperis or pay the filing fee within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if plaintiff does not either file a motion for leave to proceed in forma pauperis or pay the filing fee within **thirty (30) days** of the date of this order, this action will be dismissed without prejudice and without further notice.

NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 7th day of September, 2021.