UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRY A. WEBB, ) ) Plaintiff, ) ) v. ) ) GKN AEROSPACE NORTH ) AMERICA/MELROSE, LLC, ) ) Defendant. ) | Case No. 4:21 CV 1085 CDP |

## MEMORANDUM AND ORDER

On October 20, 2023, a Request for Reimbursement of Services was filed on behalf of *pro bono* neutral Joseph K. Eischens, seeking reimbursement from this Court's Non-Appropriated Fund for fees he incurred in providing mediation services in this action.  Pursuant to the Administrative Order governing the disbursement of funds from the Non-Appropriated Fund, "[a] request for *pro bono* neutral reimbursement must be made within thirty (30) days of the neutral's filing of a notification in writing that the referral has been concluded." Mr. Eischens filed an ADR Compliance Report on June 12, 2023, stating that the ADR referral in this case had concluded on May 17, 2023.  (ECF 69.)

Because more than 30 days have passed since the ADR Compliance Report was filed,

**IT IS HEREBY ORDERED** that the *Pro Bono* Neutral's Request for Reimbursement of Services [78] is **DENIED.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 31st day of October, 2023.