UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY A. WEBB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:21 CV 1085 CDP |
| | ) | |
| GKN AEROSPACE NORTH | ) | |
| AMERICA/MELROSE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

Appointed counsel move to withdraw from their representation of plaintiff

Terry A. Webb in this action.  I held a hearing on the motion on November 28,

2023.  For the reasons stated at the hearing, I will grant the motion.  Given the

present status of discovery, however, counsel's withdrawal will become effective

December 8, 2023, to permit them to assist Webb with pending discovery matters,

including supplementing document production, disclosing a secured expert witness

on lost pension damages, and informing Webb as to what is needed to answer

interrogatories.  I will give Webb to and including February 1, 2024, to obtain new

counsel.  If counsel does not enter an appearance by February 1, Webb will be

considered as representing himself and the case will move forward.  With the

exception of the discovery matters addressed above, I will stay all deadlines in this

action until February 1, 2024.

Accordingly,

**IT IS HEREBY ORDERED** that the motion of appointed counsel for leave to withdraw as counsel for plaintiff [80] is **GRANTED**, **effective December 8, 2023**. **Through December 8, 2023, the Clerk of Court shall serve all Orders and other correspondence from this Court on both plaintiff Terry A. Webb personally and appointed counsel.  Thereafter, service shall be only on plaintiff Webb as a self-represented litigant.**

**IT IS FURTHER ORDERED** that plaintiff shall have to and including **February 1, 2024**, to obtain new counsel.

**IT IS FURTHER ORDERED** that with the exception of discovery matters to be completed by December 8, 2023, all deadlines in this action are **STAYED** until **February 1, 2024**.

Plaintiff is reminded that he is bound by the terms of the Stipulated Protective Order filed in this action October 19, 2023 (ECF 77).


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE


Dated this 30th day of November, 2023.

2