UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRY A. WEBB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:21 CV 1085 CDP |
| ) | |
| GKN AEROSPACE NORTH ) | |
| AMERICA/MELROSE LLC, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

For the reasons set forth on the record during today's hearing,

**IT IS HEREBY ORDERED** that defendant's oral motion to enforce settlement is granted, the settlement agreement between the parties will be deemed executed, effective, and enforceable upon compliance with this Memorandum and Order, and the settlement agreement and exhibits received at the hearing in support of the motion to enforce settlement will be filed under seal.

**IT IS FURTHER ORDERED** that plaintiff must forthwith provide to defendant the necessary tax and other financial documentation required by the settlement agreement and file a Memorandum to Court evidencing compliance within two (2) days thereafter.

**IT IS FURTHER ORDERED** that defendant must provide the checks as required by the settlement agreement within thirty (30) days of receipt of the

financial documentation from plaintiff and file a Memorandum to Court evidencing compliance within two (2) days thereafter.

**IT IS FURTHER ORDERED** that the motion of plaintiff's counsel to withdraw [134] is denied.

**IT IS FURTHER ORDERED** that all other pending motions [122, 125] are denied.

**IT IS FURTHER ORDERED** that this **case is removed from the July 7, 2025, trial docket.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 1st day of April, 2025.